# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Smith, Jr., Milan D. | 2. Court or Organization<br><br>Ninth Circuit | 3. Date of Report<br><br>05/10/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Circuit Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination　　Date<br>☐ Initial　☑ Annual　☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

United States Court of Appeals
Suite 2325, 222 N Sepulveda Bl
El Segundo, California 90245

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.　Director | Western Justice Center |
| 2.　Director | Ninth Judicial Circuit Historical Society |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2015 | Self Employed Attorney |
| 2. 2015 | Gogian Foundation-Trustee |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Lewis & Clark Law School | 11/03/15 - 11/05/15 | Portland, OR | Give Huffman Lecture | Transportation, food & hotel |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. General Electric Co. | B | Dividend | K | T | Buy (add'l) | 02/11/15 | J | | |
| 2. | | | | | Buy (add'l) | 06/24/15 | J | | |
| 3. | | | | | Sold (part) | 01/13/15 | J | A | |
| 4. | | | | | Sold (part) | 03/12/15 | J | A | |
| 5. | | | | | Sold (part) | 04/29/15 | J | B | |
| 6. | | | | | Sold (part) | 09/16/15 | J | A | |
| 7. | | | | | Sold (part) | 10/22/15 | J | A | |
| 8. | | | | | Sold (part) | 11/09/15 | J | C | |
| 9. Intuitive Surgical Inc. | | None | K | T | | | | | |
| 10. American Tower Corp CL A | A | Dividend | K | T | Sold (part) | 08/21/15 | J | C | |
| 11. | | | | | Sold (part) | 11/03/15 | J | C | |
| 12. Devon Energy Corp New | A | Dividend | J | T | Sold (part) | 07/27/15 | J | A | |
| 13. Pepsico Incorporated | B | Dividend | K | T | Sold (part) | 09/16/15 | J | B | |
| 14. | | | | | Sold (part) | 12/09/15 | J | A | |
| 15. Canadian Natl Ry Co. | A | Dividend | K | T | | | | | |
| 16. Aetna: Whole Life Insurance Policy | | None | L | T | | | | | |
| 17. Quanta SVCS Inc | | None | K | T | Buy (add'l) | 04/29/15 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 06/24/15 | J | A | |
| 19. | | | | | Sold (part) | 08/05/15 | J | A | |
| 20. | | | | | Sold (part) | 08/25/15 | J | A | |
| 21. Oneok Inc New | B | Dividend | K | T | Buy (add'l) | 11/05/15 | J | | |
| 22. Century Tel., Inc. Cpn 5.000% Due 2/15/15 | A | Interest | | | Sold | 02/17/15 | J | A | |
| 23. Money Mkt Oblig Trust Auto Cash Mgmt | | None | | | Closed | 08/31/15 | N | | |
| 24. American Capital Agency Corp | C | Dividend | K | T | Buy (add'l) | 08/21/15 | J | | |
| 25. | | | | | Buy (add'l) | 11/03/15 | J | | |
| 26. | | | | | Sold (part) | 08/05/15 | K | A | |
| 27. Williams Partners LP Com Unit Ltd Part Int | B | Distribution | K | T | Sold (part) | 07/08/15 | J | A | |
| 28. Ishares Trust Barclays 1-3 Yr. Treasury Bd FD | A | Dividend | N | T | Buy (add'l) | 08/05/15 | M | | |
| 29. | | | | | Buy (add'l) | 08/07/15 | K | | |
| 30. | | | | | Buy (add'l) | 12/18/15 | L | | |
| 31. Capstead Mtg Corp Com No Par | C | Dividend | | | Sold (part) | 07/08/15 | K | A | |
| 32. | | | | | Sold | 11/05/15 | J | A | |
| 33. MFA Mortgage Investments Inc. (MFA Financial Inc) | C | Dividend | K | T | | | | | |
| 34. Putnam Managed Municipal Income Trust-SBI | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D. | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Putnam Municipal Opportunities Trust-SBI | B | Dividend | K | T | Sold (part) | 12/02/15 | J | A | |
| 36. Ishares Trust Iboxx $ Investop Investment Grade Bond Fund | D | Dividend | M | T | Buy (add'l) | 03/12/15 | J | | |
| 37. | | | | | Buy (add'l) | 06/24/15 | J | | |
| 38. | | | | | Sold (part) | 01/13/15 | J | B | |
| 39. | | | | | Sold (part) | 02/11/15 | J | A | |
| 40. | | | | | Sold (part) | 03/12/15 | J | A | |
| 41. | | | | | Sold (part) | 04/29/15 | J | A | |
| 42. | | | | | Sold (part) | 06/24/15 | J | A | |
| 43. | | | | | Sold (part) | 08/05/15 | J | A | |
| 44. | | | | | Sold (part) | 09/16/15 | K | A | |
| 45. | | | | | Sold (part) | 09/21/15 | J | A | |
| 46. Ishares Barclays Intermediate Credit Bond Fund | D | Dividend | M | T | Buy (add'l) | 01/28/15 | J | | |
| 47. | | | | | Buy (add'l) | 02/11/15 | J | | |
| 48. | | | | | Buy (add'l) | 04/29/15 | J | | |
| 49. | | | | | Buy (add'l) | 12/10/15 | J | | |
| 50. | | | | | Sold (part) | 03/12/15 | J | A | |
| 51. | | | | | Sold (part) | 04/29/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D. | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 06/24/15 | J | A | |
| 53. | | | | | Sold (part) | 08/05/15 | K | B | |
| 54. Ishares Barclays 1-3 YR Credit Bond Fund ETF | C | Dividend | N | T | Buy (add'l) | 02/11/15 | J | | |
| 55. | | | | | Buy (add'l) | 04/29/15 | J | | |
| 56. | | | | | Sold (part) | 01/15/15 | J | A | |
| 57. | | | | | Sold (part) | 03/12/15 | J | A | |
| 58. | | | | | Sold (part) | 06/24/15 | J | A | |
| 59. Ishares Core US Credit Bond (FKA Ishares Trst Barclay Credit Bond ETF) | C | Dividend | M | T | Sold (part) | 01/13/15 | J | A | |
| 60. | | | | | Sold (part) | 03/19/15 | J | A | |
| 61. | | | | | Sold (part) | 08/05/15 | J | A | |
| 62. Ameren Corp | B | Dividend | K | T | Sold (part) | 02/06/15 | J | A | |
| 63. | | | | | Sold (part) | 04/29/15 | J | A | |
| 64. | | | | | Sold (part) | 11/05/15 | J | A | |
| 65. Cenovus Energy Inc (Y) | | | | | | | | | |
| 66. Abbott Laboratories | A | Dividend | K | T | Sold (part) | 04/29/15 | J | A | |
| 67. Enterprise Products Partners LP | B | Distribution | K | T | Sold (part) | 08/05/15 | J | A | |
| 68. Blackrock Income Trust Inc | C | Dividend | K | T | Sold (part) | 08/05/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D. | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 12/18/15 | J | A | |
| 70.  Gabelli Dividend & Income Fund | D | Dividend | L | T | Buy (add'l) | 02/11/15 | J | | |
| 71. | | | | | Buy (add'l) | 03/12/15 | J | | |
| 72. | | | | | Buy (add'l) | 06/24/15 | J | | |
| 73. | | | | | Sold (part) | 02/11/15 | J | A | |
| 74. | | | | | Sold (part) | 03/12/15 | J | A | |
| 75. | | | | | Sold (part) | 04/29/15 | J | A | |
| 76. | | | | | Sold (part) | 11/16/15 | J | A | |
| 77. | | | | | Sold (part) | 12/18/15 | J | A | |
| 78.  Eli Lilly & Co | A | Dividend | K | T | Buy (add'l) | 02/11/15 | J | | |
| 79. | | | | | Sold (part) | 03/12/15 | J | A | |
| 80. | | | | | Sold (part) | 04/29/15 | J | A | |
| 81. | | | | | Sold (part) | 06/24/15 | J | B | |
| 82. | | | | | Sold (part) | 09/28/15 | J | B | |
| 83.  Statoil Asa Sponsored ADR | A | Dividend | | | Sold (part) | 07/08/15 | J | A | |
| 84. | | | | | Sold | 07/27/15 | K | A | |
| 85.  Windstream Corp | B | Dividend | | | Buy (add'l) | 01/13/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Smith, Jr., Milan D. | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 03/19/15 | J | | |
| 87. | | | | | Buy (add'l) | 05/28/15 | J | | |
| 88. | | | | | Sold (part) | 04/29/15 | J | A | |
| 89. | | | | | Sold (part) | 05/28/15 | J | A | |
| 90. | | | | | Sold | 07/08/15 | J | A | |
| 91. Western Asset Emerging Mkts Income Fd Inc | A | Dividend | | | Sold | 04/29/15 | K | A | |
| 92. RBC Prime Money Market Cash Reserve | | None | | | Closed | 08/31/15 | L | | |
| 93. H & Q Healthcare Investors SBI | B | Dividend | K | T | | | | | |
| 94. Managed Duration Invt Grade Mun FD | B | Dividend | K | T | Buy | 01/02/15 | J | | |
| 95. | | | | | Sold (part) | 12/22/15 | J | A | |
| 96. Ishares TR S&P Short Term Natl Amtfr | A | Dividend | K | T | Sold (part) | 12/01/15 | K | A | |
| 97. Textron Inc | A | Dividend | J | T | | | | | |
| 98. Vanguard Scottsdale Funds Vanguard Short Term Corp Bond ETF | D | Dividend | M | T | Buy (add'l) | 02/11/15 | J | | |
| 99. | | | | | Buy (add'l) | 03/19/15 | J | | |
| 100. | | | | | Buy (add'l) | 04/29/15 | J | | |
| 101. | | | | | Sold (part) | 06/24/15 | J | A | |
| 102. | | | | | Sold (part) | 09/16/15 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D. | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold (part) | 12/15/15 | K | A | |
| 104. | | | | | Sold (part) | 12/18/15 | K | A | |
| 105.  BlackRock Credit Allocation | D | Dividend | L | T | Buy (add'l) | 02/11/15 | J | | |
| 106. | | | | | Buy (add'l) | 06/24/15 | J | | |
| 107. | | | | | Sold (part) | 03/12/15 | J | A | |
| 108. | | | | | Sold (part) | 04/29/15 | J | A | |
| 109. | | | | | Sold (part) | 07/08/15 | J | A | |
| 110. | | | | | Sold (part) | 08/05/15 | J | A | |
| 111. | | | | | Sold (part) | 09/16/15 | J | A | |
| 112. | | | | | Sold (part) | 12/18/15 | J | A | |
| 113.  Ishares Trust S&P Global Info Technology Sector Index Fund | B | Dividend | M | T | Buy (add'l) | 06/24/15 | J | | |
| 114. | | | | | Sold (part) | 01/13/15 | J | A | |
| 115. | | | | | Sold (part) | 03/12/15 | J | A | |
| 116. | | | | | Sold (part) | 05/26/15 | J | A | |
| 117. | | | | | Sold (part) | 07/27/15 | J | A | |
| 118. | | | | | Sold (part) | 08/20/15 | J | C | |
| 119. | | | | | Sold (part) | 08/25/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D. | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold (part) | 09/04/15 | J | A | |
| 121. | | | | | Sold (part) | 12/07/15 | J | A | |
| 122. | | | | | Sold (part) | 12/18/15 | J | B | |
| 123. Calamos Global Dynamic Income Fund | D | Dividend | L | T | Buy (add'l) | 02/11/15 | J | | |
| 124. | | | | | Buy (add'l) | 06/24/15 | J | | |
| 125. | | | | | Sold (part) | 03/12/15 | J | A | |
| 126. | | | | | Sold (part) | 04/29/15 | J | A | |
| 127. | | | | | Sold (part) | 07/27/15 | J | A | |
| 128. | | | | | Sold (part) | 08/05/15 | J | A | |
| 129. | | | | | Sold (part) | 09/01/15 | J | A | |
| 130. | | | | | Sold (part) | 11/05/15 | J | A | |
| 131. | | | | | Sold (part) | 12/18/15 | J | A | |
| 132. Corning Inc | B | Dividend | K | T | Buy (add'l) | 01/13/15 | J | | |
| 133. | | | | | Sold (part) | 02/06/15 | J | A | |
| 134. | | | | | Sold (part) | 09/28/15 | J | A | |
| 135. Templeton Global Bond Fund Advisor CL | B | Dividend | | | Sold (part) | 07/08/15 | K | A | |
| 136. | | | | | Sold | 07/27/15 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D. | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  AES Corp | A | Dividend | | | Buy (add'l) | 11/03/15 | J | | |
| 138. | | | | | Sold (part) | 07/08/15 | J | A | |
| 139. | | | | | Sold (part) | 11/03/15 | J | A | |
| 140. | | | | | Sold | 11/05/15 | J | A | |
| 141.  Koninklijke Philips Electrs N V Sponsored ADR New 2000 | B | Dividend | K | T | Buy (add'l) | 02/11/15 | J | | |
| 142. | | | | | Sold (part) | 03/12/15 | J | A | |
| 143. | | | | | Sold (part) | 04/29/15 | J | A | |
| 144. | | | | | Sold (part) | 11/20/15 | J | A | |
| 145.  Columbia Fds Ser TR IX Tax Exempt FD CL A | B | Dividend | K | T | | | | | |
| 146.  Ishares TR 2015 S&P AMT Free Municipal Ser Fd | A | Dividend | | | Sold | 04/29/15 | J | A | |
| 147.  Ishares TR 2016 S&P AMT Free Municipal Ser Fd | A | Dividend | K | T | | | | | |
| 148.  Ishares TR 2017 S&P AMT Free Municipal Ser Fd | A | Dividend | K | T | | | | | |
| 149.  Gabelli Healthcare & Wellness Trust | C | Dividend | L | T | Sold (part) | 05/26/15 | J | A | |
| 150. | | | | | Sold (part) | 12/18/15 | J | A | |
| 151.  BlackRock Strategic Equity Dividend Trust | A | Dividend | | | Sold (part) | 01/15/15 | J | A | |
| 152. | | | | | Sold (part) | 03/12/15 | J | A | |
| 153. | | | | | Sold (part) | 04/29/15 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D. | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Sold (part) | 06/24/15 | J | A | |
| 155. | | | | | Sold | 08/19/15 | J | A | |
| 156. BlackRock Equity Dividend Trust | C | Dividend | L | T | Buy (add'l) | 02/11/15 | J | | |
| 157. | | | | | Buy (add'l) | 04/25/15 | J | | |
| 158. | | | | | Buy (add'l) | 06/24/15 | J | | |
| 159. | | | | | Sold (part) | 01/15/15 | J | A | |
| 160. | | | | | Sold (part) | 03/12/15 | J | A | |
| 161. | | | | | Sold (part) | 04/29/15 | J | A | |
| 162. | | | | | Sold (part) | 05/26/15 | J | A | |
| 163. | | | | | Sold (part) | 08/19/15 | J | A | |
| 164. | | | | | Sold (part) | 08/21/15 | J | A | |
| 165. | | | | | Sold (part) | 11/16/15 | J | A | |
| 166. Centerpoint Energy Inc. | A | Dividend | J | T | Buy (add'l) | 03/12/15 | J | | |
| 167. | | | | | Sold (part) | 02/11/15 | J | A | |
| 168. | | | | | Sold (part) | 04/29/15 | J | A | |
| 169. | | | | | Sold (part) | 12/18/15 | J | A | |
| 170. American Electric Power Co Inc | A | Dividend | K | T | Buy (add'l) | 03/12/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D. | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Buy (add'l) | 06/24/15 | J | | |
| 172. | | | | | Sold (part) | 02/11/15 | J | A | |
| 173. | | | | | Sold (part) | 04/29/15 | J | A | |
| 174. Ishares TR Dow Jones EPAC Select Dividend | | None | | | Sold | 07/08/15 | K | A | |
| 175. Targa Resources Partners LP Unit Ltd Partnership Int | A | Dividend | | | Sold | 03/12/15 | J | A | |
| 176. Pimco ETF TR Enhanced Short Maturity | C | Dividend | N | T | Buy (add'l) | 01/15/15 | J | | |
| 177. | | | | | Buy (add'l) | 03/12/15 | J | | |
| 178. | | | | | Sold (part) | 01/15/15 | J | A | |
| 179. | | | | | Sold (part) | 02/11/15 | K | A | |
| 180. | | | | | Sold (part) | 03/19/15 | J | A | |
| 181. | | | | | Sold (part) | 04/29/15 | J | A | |
| 182. | | | | | Sold (part) | 07/08/15 | J | A | |
| 183. | | | | | Sold (part) | 12/09/15 | K | A | |
| 184. Southern Co | A | Dividend | K | T | | | | | |
| 185. Ishares TR Dow Jones SEL Divid Index FD | A | Dividend | K | T | | | | | |
| 186. American Capital Mortgage Investment Corp | B | Dividend | | | Sold | 07/24/15 | J | A | |
| 187. FirstEnergy Corp | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D. | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Sempra Energy | A | Dividend | K | T | Buy (add'l) | 03/12/15 | J | | |
| 189. | | | | | Buy (add'l) | 06/24/15 | J | | |
| 190. | | | | | Sold (part) | 02/11/15 | J | A | |
| 191. | | | | | Sold (part) | 03/19/15 | J | A | |
| 192. | | | | | Sold (part) | 04/29/15 | J | A | |
| 193. Anworth Mortgage Asset Corp | B | Dividend | | | Sold (part) | 03/12/15 | J | A | |
| 194. | | | | | Sold (part) | 04/29/15 | J | A | |
| 195. | | | | | Sold (part) | 06/24/15 | J | A | |
| 196. | | | | | Sold | 11/12/15 | J | A | |
| 197. Frontier Communications Corp | C | Dividend | L | T | Buy (add'l) | 03/12/15 | J | | |
| 198. | | | | | Buy (add'l) | 05/26/15 | J | | |
| 199. | | | | | Buy (add'l) | 06/24/15 | J | | |
| 200. | | | | | Buy (add'l) | 07/08/15 | J | | |
| 201. | | | | | Sold (part) | 02/06/15 | J | C | |
| 202. | | | | | Sold (part) | 02/11/15 | J | A | |
| 203. | | | | | Sold (part) | 03/19/15 | J | B | |
| 204. | | | | | Sold (part) | 04/29/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D. | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Eaton Vance Risk Managed Global Diversified Equity Income | C | Dividend | K | T | Buy (add'l) | 04/28/15 | J | | |
| 206. | | | | | Sold (part) | 08/21/15 | J | A | |
| 207. Eaton Vance Tax Managed Global Diversified Equity Income | | None | K | T | | | | | |
| 208. EMC Corp-Mass | A | Dividend | | | Sold | 09/28/15 | J | A | |
| 209. Hollyfrontier Corporation | A | Dividend | J | T | Buy (add'l) | 03/19/15 | J | | |
| 210. | | | | | Sold (part) | 01/12/15 | J | A | |
| 211. | | | | | Sold (part) | 12/09/15 | J | A | |
| 212. Intel Corp | B | Dividend | L | T | Buy (add'l) | 02/11/15 | J | | |
| 213. | | | | | Buy (add'l) | 06/24/15 | J | | |
| 214. | | | | | Sold (part) | 03/12/15 | J | A | |
| 215. | | | | | Sold (part) | 04/29/15 | J | A | |
| 216. | | | | | Sold (part) | 11/20/15 | J | A | |
| 217. Ford Motor Co. | A | Dividend | | | Buy | 06/24/15 | J | | |
| 218. | | | | | Sold | 09/29/15 | J | A | |
| 219. Abbvie Inc. (Spinoff of Abbott Laboratories) | B | Dividend | K | T | | | | | |
| 220. Merck & Co. Inc. | B | Dividend | L | T | Sold (part) | 04/29/15 | J | A | |
| 221. Air Lease Corporation | A | Dividend | K | T | Sold (part) | 12/02/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D. | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. Eaton Vance California Municipal Bond Fund | D | Dividend | L | T | Sold (part) | 10/07/15 | J | A | |
| 223. | | | | | Sold (part) | 12/18/15 | J | A | |
| 224. | | | | | Sold (part) | 12/23/15 | J | A | |
| 225. Ishares 2018 AMT Free Muni Term ETF | A | Dividend | K | T | | | | | |
| 226. Conagra Foods Inc. | A | Dividend | K | T | Sold (part) | 09/28/15 | J | A | |
| 227. Discover Financial Services | A | Dividend | J | T | Buy (add'l) | 02/11/15 | J | | |
| 228. | | | | | Buy (add'l) | 06/24/15 | J | | |
| 229. | | | | | Sold (part) | 03/12/15 | J | A | |
| 230. | | | | | Sold (part) | 04/29/15 | J | A | |
| 231. Citigroup Inc Com | A | Dividend | J | T | | | | | |
| 232. Neuberger Berman Real Estate Securities Income Fund | B | Dividend | K | T | | | | | |
| 233. Clearbridge Energy MLP Total Return Fund Inc | B | Dividend | | | Buy (add'l) | 02/06/15 | J | | |
| 234. | | | | | Buy (add'l) | 04/29/15 | J | | |
| 235. | | | | | Buy (add'l) | 05/01/15 | J | | |
| 236. | | | | | Buy (add'l) | 05/04/15 | J | | |
| 237. | | | | | Sold (part) | 06/24/15 | J | A | |
| 238. | | | | | Sold (part) | 07/22/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | Sold (part) | 07/23/15 | J | A | |
| 240. | | | | | Sold (part) | 07/27/15 | J | A | |
| 241. | | | | | Sold | 08/05/15 | J | A | |
| 242. Sunedison Inc | | None | J | T | Buy (add'l) | 12/15/15 | J | | |
| 243. | | | | | Sold (part) | 03/19/15 | J | A | |
| 244. | | | | | Sold (part) | 05/26/15 | J | A | |
| 245. | | | | | Sold (part) | 12/31/15 | J | A | |
| 246. Money Mkt Obligs Tr Federated Prime Obligs FD | A | Dividend | O | T | | | | | |
| 247. Ishares MSCI All County World Minimum Voalatility ETF | B | Dividend | | | Buy (add'l) | 03/12/15 | J | | |
| 248. | | | | | Buy (add'l) | 04/29/15 | J | | |
| 249. | | | | | Sold (part) | 01/06/15 | J | A | |
| 250. | | | | | Sold (part) | 01/08/15 | J | A | |
| 251. | | | | | Sold (part) | 01/28/15 | J | A | |
| 252. | | | | | Sold (part) | 02/11/15 | J | A | |
| 253. | | | | | Sold (part) | 06/24/15 | J | A | |
| 254. | | | | | Sold | 08/25/15 | M | A | |
| 255. Ishares 3 to 7 Year Treasury Bond ETF | C | Dividend | N | T | Buy (add'l) | 01/13/15 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D. | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. | | | | | Buy (add'l) | 01/15/15 | J | | |
| 257. | | | | | Buy (add'l) | 01/28/15 | K | | |
| 258. | | | | | Buy (add'l) | 02/06/15 | M | | |
| 259. | | | | | Buy (add'l) | 02/11/15 | J | | |
| 260. | | | | | Buy (add'l) | 03/19/15 | L | | |
| 261. | | | | | Buy (add'l) | 06/24/15 | K | | |
| 262. | | | | | Sold (part) | 03/12/15 | J | A | |
| 263. | | | | | Sold (part) | 03/19/15 | J | A | |
| 264. | | | | | Sold (part) | 04/29/15 | J | A | |
| 265. Ishares US ETF Tr Short Term Maturity Bond ETF | A | Dividend | M | T | Buy (add'l) | 11/06/15 | K | | |
| 266. Pimco Broad US Tips Index Exchange Traded Fund | B | Dividend | | | Sold (part) | 08/05/15 | K | A | |
| 267. | | | | | Sold | 08/20/15 | K | A | |
| 268. Goldcorp Inc. | A | Dividend | | | Buy (add'l) | 02/11/15 | K | | |
| 269. | | | | | Sold (part) | 03/12/15 | J | A | |
| 270. | | | | | Sold | 07/08/15 | J | A | |
| 271. One Gas Inc. | A | Dividend | K | T | Sold (part) | 11/03/15 | J | B | |
| 272. Ishares Tr 0-5 Yr Invt Grade Corp Bd ETF | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D. | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 273. SPDR Nuveen Barclays California Municipal Bond ETF | A | Dividend | L | T | | | | | |
| 274. Nuveen California AMT Free Municipal Income Fund | B | Dividend | K | T | Sold (part) | 12/02/15 | J | A | |
| 275. SPDR Nuveen Barclays Short Term Municipal Bond ETF | A | Dividend | | | Sold | 12/01/15 | L | A | |
| 276. Tocqueville Gold Fund | | None | | | Buy (add'l) | 01/02/15 | J | | |
| 277. | | | | | Buy (add'l) | 01/13/15 | J | | |
| 278. | | | | | Buy (add'l) | 03/12/15 | J | | |
| 279. | | | | | Buy (add'l) | 03/19/15 | J | | |
| 280. | | | | | Sold (part) | 04/29/15 | J | A | |
| 281. | | | | | Sold (part) | 07/08/15 | K | A | |
| 282. | | | | | Sold (part) | 07/22/15 | J | A | |
| 283. | | | | | Sold (part) | 08/05/15 | J | A | |
| 284. | | | | | Sold | 08/15/15 | J | A | |
| 285. Ishares Gold Trust | | None | | | Buy (add'l) | 01/05/15 | J | | |
| 286. | | | | | Sold (part) | 02/11/15 | J | A | |
| 287. | | | | | Sold (part) | 03/12/15 | J | A | |
| 288. | | | | | Sold | 12/01/15 | J | A | |
| 289. Central Fund of Canada LTD CL-A Non Voting Shares | A | Dividend | J | T | Buy | 04/29/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 290. | | | | | Sold (part) | 08/05/15 | K | A | |
| 291. | | | | | Sold (part) | 12/01/15 | J | A | |
| 292. | | | | | Sold (part) | 12/18/15 | J | A | |
| 293. Pimco Intermediate Municipal Bond Active Exchange Traded Fund | A | Dividend | K | T | | | | | |
| 294. Vanguard Mega Cap Value ETF | A | Dividend | | | Buy (add'l) | 02/11/15 | J | | |
| 295. | | | | | Buy (add'l) | 04/29/15 | J | | |
| 296. | | | | | Sold (part) | 01/06/15 | J | A | |
| 297. | | | | | Sold (part) | 01/15/15 | J | A | |
| 298. | | | | | Sold (part) | 03/12/15 | J | A | |
| 299. | | | | | Sold | 08/26/15 | K | A | |
| 300. Alps ETF TR Alerian MLP | A | Dividend | | | Buy (add'l) | 03/12/15 | J | | |
| 301. | | | | | Sold (part) | 01/06/15 | J | A | |
| 302. | | | | | Sold (part) | 02/11/15 | J | A | |
| 303. | | | | | Sold | 04/29/15 | J | A | |
| 304. Pattern Energy Group Inc Class A | A | Dividend | | | Buy (add'l) | 02/11/15 | J | | |
| 305. | | | | | Buy (add'l) | 07/31/15 | J | | |
| 306. | | | | | Sold (part) | 04/29/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. | | | | | Sold (part) | 06/24/15 | J | A | |
| 308. | | | | | Sold (part) | 09/08/15 | J | A | |
| 309. | | | | | Sold (part) | 09/28/15 | J | A | |
| 310. | | | | | Sold | 11/12/15 | J | A | |
| 311. Ventas Inc | A | Dividend | | | Buy (add'l) | 03/12/15 | J | | |
| 312. | | | | | Sold (part) | 01/06/15 | J | A | |
| 313. | | | | | Sold (part) | 01/28/15 | J | A | |
| 314. | | | | | Sold (part) | 02/11/15 | J | A | |
| 315. | | | | | Sold (part) | 04/29/15 | J | A | |
| 316. | | | | | Sold | 11/12/15 | J | A | |
| 317. Pimco 1-5 Year US Tips Index Exchange Traded Fund | | None | | | Sold | 03/19/15 | K | A | |
| 318. First Trust Energy Income and Growth Fund | A | Dividend | | | Sold | 12/18/15 | J | A | |
| 319. Kinder Morgan Inc | A | Dividend | J | T | Buy (add'l) | 03/19/15 | K | | |
| 320. | | | | | Sold (part) | 12/18/15 | J | A | |
| 321. Centurylink Inc | A | Dividend | K | T | Buy | 04/29/15 | J | | |
| 322. | | | | | Buy (add'l) | 07/08/15 | J | | |
| 323. | | | | | Buy (add'l) | 11/03/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D. | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. | | | | | Sold (part) | 08/15/15 | J | A | |
| 325. Northern Tier Energy LP | A | Dividend | K | T | Buy | 10/28/15 | K | | |
| 326. | | | | | Buy (add'l) | 10/30/15 | K | | |
| 327. Communications Sales & Leasing Inc Com (Spinoff of Windstream Corp) | A | Dividend | | | Spinoff (from line 85) | 04/28/15 | K | | |
| 328. | | | | | Buy (add'l) | 03/12/15 | J | | |
| 329. | | | | | Sold (part) | 07/08/15 | K | A | |
| 330. | | | | | Sold | 07/27/15 | J | A | |
| 331. Bank of Nova Scotia | | None | J | T | Buy | 10/30/15 | J | | |
| 332. | | | | | Buy (add'l) | 12/23/15 | J | | |
| 333. Annaly Capital Management Inc | B | Dividend | | | Buy | 01/05/15 | J | | |
| 334. | | | | | Buy (add'l) | 01/14/15 | K | | |
| 335. | | | | | Buy (add'l) | 03/12/15 | J | | |
| 336. | | | | | Sold (part) | 02/11/15 | J | A | |
| 337. | | | | | Sold (part) | 04/29/15 | J | A | |
| 338. | | | | | Sold | 07/24/15 | J | A | |
| 339. Eastman Chemical Co. | A | Dividend | | | Buy | 04/29/15 | J | | |
| 340. | | | | | Sold (part) | 06/24/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D. | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. | | | | | Sold | 09/29/15 | J | A | |
| 342. Invesco Mortgage Capital Inc. | A | Dividend | | | Buy | 04/29/15 | J | | |
| 343. | | | | | Sold (part) | 06/24/15 | J | A | |
| 344. | | | | | Sold | 07/22/15 | J | A | |
| 345. Care Capital Properties Inc. (Spinoff of Ventas Inc) | A | Dividend | | | Spinoff (from line 311) | 03/12/15 | J | | |
| 346. | | | | | Sold (part) | 06/24/15 | J | A | |
| 347. | | | | | Sold | 07/24/15 | J | A | |
| 348. Vanguard Calif Tax Free Intermediate Term Tax Exempt Fund | | None | K | T | Buy | 12/18/15 | K | | |
| 349. Eaton Corporation | A | Dividend | | | Buy | 01/13/15 | K | | |
| 350. | | | | | Sold | 07/24/15 | K | A | |
| 351. Nuveen Dividend Advantage Municipal Fund | A | Dividend | | | Buy | 01/13/15 | J | | |
| 352. | | | | | Sold | 07/08/15 | J | A | |
| 353. Vanguard Short Term Government Bond ETF | A | Dividend | L | T | Buy | 05/28/15 | K | | |
| 354. | | | | | Buy (add'l) | 12/10/15 | K | | |
| 355. | | | | | Buy (add'l) | 12/18/15 | L | | |
| 356. | | | | | Sold (part) | 12/23/15 | K | A | |
| 357. US Govt Money Market Fund RBS Reserve Class | A | Dividend | M | T | Open | 09/01/15 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D. | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. Transamerica Advisors: Whole Life Insurance Policy | | None | K | T | Open | 01/01/15 | K | | |
| 359. Aurora National Life Assurance: Whole Life Insurance Policy | | None | K | T | Open | 01/01/15 | K | | |
| 360. Metlife: Whole Life Insurance Policy (X) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Item 16, Part VII (Aetna: Whole Life Insurance Policy). This Asset, Aetna: Whole Life Insurance Policy, name has been changed to reflect the policy type. This policy is a whole life insurance policy, not a variable life insurance policy, for which the policy holder has no control over the assets. The policy was a gift from parent to child.

Item 65, Part VII (Cenovus Energy Inc). This Asset, Cenovus Energy Inc, was entirely disposed of in 2014. The 2014 FDR was marked "sold (part)" which should have been marked "sold" in order to show the asset was fully disposed of in the reporting year.

Item 360, Part VII (Metlife: Whole Life Insurance Policy). This Asset, Metlife: Whole Life Insurance Policy, was included with item 16 (Aetna: Whole Life Insurance Policy). The 2014 FDR should have had the two assets separated into individual lines in order to show two separate policies. This policy is a whole life insurance policy, not a variable life insurance policy, for which the policy holder has no control over the assets. The policy was a gift from parent to child.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Milan D. Smith, Jr.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544